■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED RYALS, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Krausman, J.), imposed October 28, 1981, upon his conviction of robbery in the first degree, on a plea of guilty, the sentence being a prison term of from 6 to 12 years, upon his adjudication as a second violent felony offender. Sentence affirmed (see *People v Balfour,* 95 AD2d 812; *People v Aiello,* 93 AD2d 864; cf. *People v Griffin,* 97 AD2d 481). Titone, J. P., Lazer, O'Connor and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE MICHAEL SINCLAIR, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered May 20, 1982, convicting him, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. The defendant was contacted by counsel and asked what issues he wished raised. He has failed to offer any. Counsel is granted leave to withdraw (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Titone, Lazer and Rubin, JJ., concur.